■ In the Matter of NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Petitioners, v NANCY POTENZA DESIGN & BUILDING SERVICES, INC., et al., Respondents. [930 NYS2d 151]—

Memorandum: Petitioner New York State Division of Human Rights (SDHR) commenced this proceeding for judicial review and enforcement of an order pursuant to Executive Law § 298 finding that respondent Nancy Potenza Design & Building Services, Inc. was liable, as the complainant's employer, of aiding and abetting the sexual harassment of the complainant. The Administrative Law Judge (ALJ) awarded the complainant $10,000 in compensatory damages based on a hostile work environment claim and the Commissioner of SDHR (Commissioner) adopted the recommended order of the ALJ. We conclude that there is substantial evidence supporting the determination (*see generally 300 Gramatan Ave. Assoc. v State Div. of Human Rights*, 45 NY2d 176, 181-182 [1978]).

The fact that the sexual harassment did not take place on the employer's premises does not relieve the employer of liability under the Human Rights Law (Executive Law art 15; *see Lockard v Pizza Hut, Inc.*, 162 F3d 1062 [1998]). Additionally,

respondent Rocco Potenza, as the owner and president of the employer who condoned the sexual harassment, may be held individually liable for the discriminatory actions that damaged the complainant (*see Patrowich v Chemical Bank*, 63 NY2d 541, 542 [1984]). Finally, we conclude that the amount of the award is reasonably related to the wrongdoing and is supported by the evidence before the Commissioner (*see Matter of New York State Dept. of Correctional Servs. v New York State Div. of Human Rights*, 265 AD2d 809 [1999]). Present—Smith, J.P., Centra, Carni and Lindley, JJ.